# United States Court of Appeals
## For the First Circuit

No. 03-1709

THOMAS ST. YVES,

Petitioner, Appellant,

v.

JEFFREY MERRILL, WARDEN,
MAINE STATE PRISON,

Respondent, Appellee.

ERRATA SHEET

The opinion of this Court issued on October 17, 2003 is amended as follows:

On page 2, the citation to "Id." following the indented quote is replaced with the following full citation:  "Slack v. McDaniel, 529 U.S. 473, 484 (2000)."

On page 3, the full citation to Slack is replaced with the following short citation:  "Slack, 529 U.S. at 484."